## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

| | | |
|---|---|---|
| BASIT SYED and AYESHA SYED, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No.: 2:07-cv-71 |
| | ) | |
| MICHAEL HAMADY et al, | ) | |
| | ) | |
| Defendants. | ) | |

### PLAINTIFFS' MOTION FOR LEAVE OF COURT TO FILE BELATED RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Comes now Janice R. Gambill, counsel for the Plaintiffs. BASIT SYED and AYESHA SYED, and after first (1st) being duly sworn, states as follows:

1. On July 27, 2009 - the date that Plaintiffs' Response to Defendants' Motion for Summary Judgment ("Response") was due - I attempted to electronically file same, together with Plaintiffs' Exhibits.

2. I was unable to log in to the website www.innd.uscourts.gov in order to electronically file same.

3. I was ill at the time, and notified Attorney Kopack's office via voicemail late on the evening of July 27, 2009, that I was unable to file the requisite Response because of internet/website difficulties, and that I would forward the Response the following day.

4. My voicemail message was received by Cindy, Mr. Kopack's legal secretary.

1

5.     During the scheduled telephonic conference on October 29, 2009, I could hear the conference operator on my cellular phone, but he could not hear me.

6.     It was my belief that the Court was attempting settlement of the case.

7.     During the telephonic conference on January 21, 2010, I mistakenly stated that I had notified Mr. Pangere, as well, but my records indicate that I only left a voicemail for Mr. Kopack, insomuch as he was the counsel who filed Defendants' Motion for Summary Judgment.

8.     I was out of the office due to illness on July 28, 2009, and had a good faith belief that Defendants' counsel received the Response.

**WHEREFORE,** Plaintffs' counsel prays that this honorable Court will allow a belated filing and for all other just and proper relief.

Respectfully Submitted,

/s/: Janice R. Gambill_____
Janice R. Gambill, No. 18646-45
2710 Willowcreek Road
Portage, IN 46368
(219) 763-6003
Attorney for Plaintiffs

I affirm, under the penalties for perjury, that the above and foregoing representations are true.

/s/: Janice R. Gambill_____
Janice R. Gambill

### Certificate of Service

On the 5th day of February, 2010, service of a true and complete copy of Plaintiffs' Motion for Extension of Time to File Response to Defendants' Motion for Summary Judgment was served upon the following counsel of record via electronic submission as well as via first-class mail with sufficient postage affixed:

John N. Pangere, Esq.
Pangere & Pangere, LLP
9205 Broadway, Suite B
Merrillville, IN 46410

John M. Kopack, Esq.
Kopack & Associates
9111 Broadway, Ste. GG
Merrillville, IN 46410

/s/: Janice R. Gambill_____